# United States District Court
## Violation Notice

AGENCY COPY - DO NOT SEND TO CENTRAL VIOLATIONS BUREAU (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC62 | E1683425 | LEFFEL, N | 1362 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged |
|---|---|
| 06/22/2025 11:30 | 36 CFR 2.1(a)(1)(ii) Possession, destroying, injuring, defacing, removing, digging or disturbing from its natural state plants/parts or products thereof (Misd) |

Place of Offense
RAMP 48 PRIMARY, RAMP 48 , BUXTON, North Carolina, DARE

Offense Description: Factual Basis for Charge                    HAZMAT ☐
POSSESSION, DESTROYING, INJURING, DEFACING, REMOVING, DIGGING OR DISTURBING FROM ITS NATURAL STATE PLANTS/PARTS OR PRODUCTS THEREOF

DEFENDANT INFORMATION        Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| WU | BIN | |

Street Address

REDACTED VERSION

Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions (on reverse side). | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions (on reverse side). |

| | $ | Forfeiture Amount |
|---|---|---|
| | + $ 0.00 | Processing Fee |
| **PAY THIS AMOUNT AT www.cvb.uscourts.gov >>>** | $ 0.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | // |
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

# STATEMENT OF PROBABLE CAUSE
## (For issuance of an arrest warrant or summons)

I state that on June 22, 2025 while exercising my duties as a law enforcement officer in the EASTERN District of North Carolina

I state that on 06/22/2025, while exercising my duties as a law enforcement officer in the eastern District of North Carolina, I, U.S. Park Ranger (USPR) N. Leffel was on uniformed patrol within the boundaries of Cape Hatteras National Seashore.

At approximately 11:15 AM, I was dispatched to Ramp 48 for an individual driving on the dunes. I arrived and met with the reporting party. They showed me pictures of a Toyota Land Cruiser that was driving on the dunes. They pointed to the same vehicle parked a few cars down from them.

I contacted the group of people around the car. I asked who was driving the vehicle. A male in the group was pointed out. He matched the individual in one of the photos I had received. I asked why he was driving on the dunes, he responded he didn't know that he wasn't allowed too. He claimed it was his first time down and he didn't know the rules. The dunes are covered in vegetation. I observed where tire tracks ran over this vegetation, in the same area the Land Cruiser was photographed.

According to 36 C.F.R. 2.1 (a) (1) (ii); Possessing, destroying, injuring, defacing, removing, digging, or disturbing from natural state of plants or parts thereof is prohibited.

I identified the driver of the Land Cruiser as Bin WU by his Maryland driver's license.

I issued WU a Federal Violation Notice for 36 C.F.R. 2.1 (a) (1) (ii): Damaging and disturbing plants and parts thereof.

The foregoing statement is based upon:

☐ my personal observation      ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  //

_____

Date (mm/dd/yyyy)                 Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:

_____

Date (mm/dd/yyyy)                  U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident, **PASS** = 9 or more passenger vehicle,
**CDL** = Commercial driver's license, **CMV** = Commercial vehicle involved in incident.

# United States District Court
## Violation Notice

**AGENCY COPY - DO NOT SEND TO CENTRAL VIOLATIONS BUREAU** (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC62 | E1682926 | LEFFEL, N | 1362 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged |
|---|---|
| 06/22/2025 11:30 | 36 CFR 4.10(a) Operating motor vehicle off designated roads and parking areas (Misd) |

Place of Offense
RAMP 48 PRIMARY, RAMP 48 , BUXTON, North Carolina, DARE

Offense Description: Factual Basis for Charge                              HAZMAT ☐

OPERATING MOTOR VEHICLE OFF DESIGNATED ROADS AND
PARKING AREAS

| DEFENDANT INFORMATION | Phone: |
|---|---|

| Last Name | First Name | M.I. |
|---|---|---|
| WU | BIN | |

Street Address

REDACTED VERSION

Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

CRUISER

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions (on reverse side). | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions (on reverse side). |

$ Forfeiture Amount

**PAY THIS AMOUNT AT
www.cvb.uscourts.gov >>>**

+ $ 0.00 Processing Fee

$ 0.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | // |
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE

### (For issuance of an arrest warrant or summons)

I state that on June 22, 2025 while exercising my duties as a law enforcement officer in the EASTERN District of North Carolina

I state that on 06/22/2025, while exercising my duties as a law enforcement officer in the eastern District of North Carolina, I, U.S. Park Ranger (USPR) N. Leffel was on uniformed patrol within the boundaries of Cape Hatteras National Seashore.

At approximately 11:15 AM, I was dispatched to Ramp 48 for an individual driving on the dunes. I arrived and met with the reporting party. They showed me pictures of a Toyota Land Cruiser that was driving on the dunes. They pointed to the same vehicle parked a few cars down from them.

I contacted the group of people around the car. I asked who was driving the vehicle. A male in the group was pointed out. He matched the individual in one of the photos I had received. I asked why he was driving on the dunes, he responded he didn't know that he wasn't allowed too. He claimed it was his first time down and he didn't know the rules. The only areas around that are designated at travel routes are Inside Road and the beach.

According to 36 C.F.R. 4.10 (a): Operation of a motor vehicle off designated routes is prohibited.

I identified the driver of the Land Cruiser as Bin WU by his Maryland driver's license.

I issued WU a Federal Violation Notice for 36 C.F.R. 4.10 (a): Travel off designated route.

The foregoing statement is based upon:

☐ my personal observation         ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: //

_____
Date (mm/dd/yyyy)               Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:

_____
Date (mm/dd/yyyy)               U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident, **PASS** = 9 or more passenger vehicle,
**CDL** = Commercial driver's license, **CMV** = Commercial vehicle involved in incident.

# United States District Court
## Violation Notice

**AGENCY COPY - DO NOT SEND TO CENTRAL VIOLATIONS BUREAU** (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC62 | E1682927 | LEFFEL, N | 1362 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged |
|---|---|
| 06/22/2025 11:30 | 36 CFR 1.6(g)(1) Engaging in an activity subject to a permit requirement without obtaining a permit (Misd) |

Place of Offense
RAMP 48 PRIMARY, RAMP 48 , BUXTON, North Carolina, DARE

Offense Description: Factual Basis for Charge               HAZMAT ☐

ENGAGING IN AN ACTIVITY SUBJECT TO A PERMIT REQUIREMENT
WITHOUT OBTAINING A PERMIT

| DEFENDANT INFORMATION | Phone: |
|---|---|

| Last Name | First Name | M.I. |
|---|---|---|
| WU | BIN | |

Street Address

---

**REDACTED VERSION**

Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

---

ORDER

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|

A ☒ If Box A is checked, you must appear in court. See instructions (on reverse side).

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions (on reverse side).

| | $ | Forfeiture Amount |
|---|---|---|
| | + $ 0.00 | Processing Fee |
| | $ 0.00 | Total Collateral Due |

**PAY THIS AMOUNT AT
www.cvb.uscourts.gov >>>**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | // |
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on June 22, 2025 while exercising my duties as a law enforcement officer in the EASTERN District of North Carolina

I state that on 06/22/2025, while exercising my duties as a law enforcement officer in the eastern District of North Carolina, I, U.S. Park Ranger (USPR) N. Leffel was on uniformed patrol within the boundaries of Cape Hatteras National Seashore.

At approximately 11:15 AM, I was dispatched to Ramp 48 for an individual driving on the dunes. I arrived and met with the reporting party. They showed me pictures of a Toyota Land Cruiser that was driving on the dunes. They pointed to the same vehicle parked a few cars down from them.

I contacted the group of people around the car. I asked who was driving the vehicle. A male in the group was pointed out. He matched the individual in one of the photos I had received. He did not have a valid ORV permit displayed in the vehicle. He could not produce a valid ORV permit. He informed me that his friend got one for the Land Cruiser. The friend did not have a valid permit for the vehicle.

According to 36 C.F.R. 1.6 (g) (1); engaging in a permitted activity without a permit is prohibited.

I identified the driver of the Land Cruiser as Bin WU by his Maryland driver's license.

I issued WU a Federal Violation Notice for 36 C.F.R. 1.6 (g) (1): engaging in a permitted activity without a permit.

The foregoing statement is based upon:

☐ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: //

_____
Date (mm/dd/yyyy)                     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:

_____
Date (mm/dd/yyyy)                     U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident, **PASS** = 9 or more passenger vehicle,
**CDL** = Commercial driver's license, **CMV** = Commercial vehicle involved in incident.